No. 71–6266. TAYLOR v. SMITH, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮

No. 71–6267. DOWDLE v. MANCUSI, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 71–6268. LEACH v. UNITED STATES; and
No. 71–6275. LEACH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6276. CUMMINGS v. ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6277. RASKIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–6283. HALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6290. WILLIAMS v. DEEGAN, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6293. REAVES v. BLACKLEDGE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–6294. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6300. MORRISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6306. WEATHERS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 71–6312. THACKER v. SLAYTON, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.